# United States Court of Appeals
## For the First Circuit

---

No. 13-1490

SARAHJANE BLUM; RYAN SHAPIRO; LANA LEHR; LAUREN GAZZOLA;
IVER ROBERT JOHNSON, III,

Plaintiffs, Appellants,

v.

ERIC H. HOLDER, JR., Attorney General,

Defendant, Appellee.

---

ERRATA SHEET

The opinion of this Court issued on March 7, 2014 is amended as follows:

On page 21, line 17, "statue" is replaced with "statute".

On page 24, lines 8-9, "first amendment" is replaced with "[F]irst [A]mendment".